| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF DELAWARE | | |
| Case number *(if known)* | Chapter 11 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   The News-Gazette, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   37-1240894

4. **Debtor's address**

   **Principal place of business**
   15 East Main Street
   Champaign, IL 61820
   Number, Street, City, State & ZIP Code

   Champaign
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**   www.news-gazette.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  **The News-Gazette, Inc.**        Case number (*if known*)
        Name

7. **Describe debtor's business**
   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5111__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor **D.W.S., Inc.**    Relationship **Affiliate**
    District **Delaware**  When **8/30/19**  Case number, if known _____

Debtor   **The News-Gazette, Inc.**                                                                Case number (*if known*)
         Name

### 11. Why is the case filed in this district?

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

### 15. Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   The News-Gazette, Inc.                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2019**
              MM / DD / YYYY

X  /s/ Traci E. Nally                          **Traci E. Nally**
   Signature of authorized representative of debtor   Printed name

Title   **Executive Vice President**

**18. Signature of attorney**

X  /s/ William E. Chipman, Jr.                 Date  **August 30, 2019**
   Signature of attorney for debtor                  MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 295-0191**    Email address  **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: The News-Gazette, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NEWS-GAZETTE DEFINED BENEFIT PENSION PLAN 15 E. MAIN ST. CHAMPAIGN, IL 61820 | PENSION BENEFIT GUARANTY CORPORATION 1200 K Street, NW Washington, DC 2005-4026 | DB Plan | contingent, unliquidated | | | $5,200,000.00 |
| 2 | CWA/ITU NEGOTIATED PENSION PLAN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104-3300 | C/O KYLE FLAHERTY, BRYAN CAVE LEIGHTON PAISNER P: 212-541-1358 F: 719-473-3134 kpflaherty@bclplaw.com | DB Plan | contingent, unliquidated, disputed | | | $2,626,799.00 |
| 3 | GCIU-EMPLOYER RETIREMENT FUND 1017 EAST GRAND AVENUE ESCONDIDO, CA 92025 | C/O VALENTINA MINDIRGASOVA, KRAW LAW GROUP P: 760-717-1100 F: 760-747-1188 | DB Plan | contingent, unliquidated, disputed | | | $815,658.6 |
| 4 | NAVIGA 7900 INTERNATIONAL DRIVE SUITE 800 BLOOMINGTON, MN 55425 | SCOTT ROESSLER, CEO P: 651-639-0662 Naviga.Renewals@NavigaGlobal.com | Trade Vendor | contingent, unliquidated | | | $91,367.43 |
| 5 | CHAMPAIGN COUNTY COLLECTOR P.O. BOX 9 URBANA, IL 61803 | LAUREL PRUSSING, TREASURER P: 217-384-3743 F: 217-384-3777 treasurer@co.champaign.il.us | Taxing Authority | | | | $75,793.16 |
| 6 | HEALTH ALLIANCE 3310 FIELDS SOUTH DR CHAMPAIGN, IL 61822-3741 | GAIL HEATON P: 800-851-3379 gail.heaton@healthalliance.org | Trade Vendor | | | | $57,133.00 |
| 7 | UNIVERSITY OF ILLINOIS FOUNDATION/ ILLINOIS PREMIUM SEATING BEILFELDT ATHLETIC ADMINISTRATION BUILDING 1700 S. FOURTH ST. CHAMPAIGN, IL 61820 | BOBBI BUSBOOM P: 217-265-0347 busboom7@illinois.edu | Trade Vendor | contingent, unliquidated | | | $44,160.00 |
| 8 | NETRIX, LLC 2801 LAKESIDE DRIVE BANNOCKBURN, IL 60015 | ROB DANG P: 866-447-0088 F: 847-283-7500 info@netrixllc.com | Trade Vendor | | | | $7,177.79 |

Debtor: The News-Gazette, Inc.

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | GANNETT SATELLITE INFORMATION<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107-0910 | JIM MCNERNEY<br>P: 703-854-6000 | Trade Vendor | | | | $5,436.75 |
| 10 | DOUGLAS COUNTY COLLECTOR<br>P.O. BOX 320<br>TUSCOLA, IL 61953 | BOBBI RAIRDEN<br>P: 217-253-4011<br>F: 217-253-2590<br>bobbi.rairden@douglascountyil.com | Taxing Authority | | | | $3,499.34 |
| 11 | AJ'S STATION #3<br>712 N. CUNNINGHAM AVENUE<br>URBANA, IL 61802 | P: 217-337-1122 | Trade Vendor | | | | $2,681.24 |
| 12 | WINDSTREAM<br>P.O. BOX 9001013<br>LOUISVILLE, KY 40290-1013 | P: 800-600-5050 | Trade Vendor | | | | $1,891.59 |
| 13 | NEW YORK TIMES FOR AGENCY NEWS<br>P.O. BOX 371427<br>PITTSBURGH, PA 15250-7427 | P: 800-353-4760, option 5<br>newsservices.finance@nytimes.com | Trade Vendor | | | | $1,868.22 |
| 14 | KING FEATURES SYNDICATE 0400<br>P.O. BOX 90007<br>PRESCOTT, AZ 86304-9007 | P: 407-894-7300<br>F: 646-280-1550<br>mprioleau@hearst.com | Trade Vendor | | | | $1,851.96 |
| 15 | CONSTELLATION NEWENERGY INC<br>P.O. BOX 4640<br>CAROL STREAM, IL 60197-4640 | P: 888-635-0827<br>customercare@constellation.com | Trade Vendor | | | | $1,520.80 |
| 16 | GREGORY S. SOULJE<br>21 SPINNG WHEEL ROAD APT 10K<br>HINSDALE, IL 60521 | GREGORY S. SOULJE<br>P: 630-581-5363<br>F: 573-893-8094<br>gsoulje@comcast.net | Trade Vendor | | | | $1,400.00 |
| 17 | TATELINES, INC.<br>1809 B LAKESIDE DR<br>CHAMPAIGN, IL 61821 | LOREN TATE<br>P: 217-351-5232<br>ltate@news-gazette.media | Trade Vendor | | | | $810.00 |
| 18 | TOSHIBA FINANCIAL SERVICES<br>P.O. BOX 660831<br>DALLAS, TX 75266-0831 | P: 866-803-2657<br>F: 866-266-0093 | Trade Vendor | | | | $787.00 |
| 19 | AFLAC<br>1932 WYNNTON RD<br>COLUMBUS, GA 31999-0797 | P: 800-992-3522<br>F: 877-442-3522 | Trade Vendor | | | | $670.64 |
| 20 | AT&T 6823/9397/5341<br>P.O. BOX 5080<br>CAROL STREAM, IL 60197-5080 | P: 800-321-2000 | Trade Vendor | | | | $651.47 |

Fill in this information to identify the case:

Debtor name     **The News-Gazette, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 30, 2019         X  /s/ Traci E. Nally
                                           Signature of individual signing on behalf of debtor

                                           **Traci E. Nally**
                                           Printed name

                                           **Executive Vice President**
                                           Position or relationship to debtor

**United States Bankruptcy Court**
**District of Delaware**

In re   The News-Gazette, Inc.                                         Case No.
                                    Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 30, 2019

Traci E. Nally/Executive Vice President
Signer/Title

## THE NEWS-GAZETTE, INC. and D.W.S., INC.

On July 24, 2019, all the directors of The News-Gazette., Inc. and D.W.S., Inc. approved, by unanimous vote at a regular meeting of the Board where a quorum was present, the following resolutions:

RESOLVED that in the judgment of the Board of Directors it is in the best interests of the Corporations, their creditors, stockholders, and other interested parties to sell the assets of the businesses to Community Media Group and/or its designee ("CMG") in accordance with the terms of the Letter of Intent signed July 2, 2019 and to cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code as contemplated by the terms of that sale;

RESOLVED that the officers of the Corporations, or others designated by the President/CEO, John L. Reed (the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute an asset purchase agreement with CMG and to execute and file on behalf of the Corporations all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the chapter 11 bankruptcy case and obtain any chapter 11 relief as they may deem necessary, proper and desirable in connection with the asset purchase agreement;

RESOLVED that the Authorized Officers have been and continue to be authorized to cause the Corporations to employ the law firms of Neal, Gerber & Eisenberg LLP in relation to the bankruptcy proceedings and Wiley Rein LLP in relation to FCC proceedings, the firm of Dirks, Van Essen, Murray & April in relation to the sale of the media businesses, and to employ other counsel and professionals of their choice to the extent necessary and to enter into such fee arrangements for payment of such counsel and professionals as deemed appropriate, in each case subject to approval by the Court if required, all in relation to the winding down of the businesses;

RESOLVED that the Authorized Officers be, and each of them individually is, hereby authorized and empowered to take or cause to be taken any and all such further actions, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses as the Authorized Officers, acting alone or with one or more other Authorized Officers, shall deem appropriate in their judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

RESOLVED that all actions heretofore taken by the Authorized Officers acting alone or with one or more other Authorized Officers in the name of and on behalf of the Corporations, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed and approved.

## SECRETARY'S CERTIFICATE OF RESOLUTIONS OF
## BOARD OF DIRECTORS OF THE NEWS-GAZETTE, INC. and D.W.S., INC.

I, Traci E. Nally, do hereby certify that I am the Secretary of The News-Gazette, Inc. a corporation duly organized and existing under and by virtue of the laws of the State of Illinois and D.W.S., Inc. (Corporation), a corporation duly organized and existing under and by virtue of the laws of the State of Delaware, and that the Directors of the Corporation in accordance with their bylaws and the laws of the States of Illinois and Delaware at a regular meeting of the Board on July 24, 2019 where a quorum was present, adopted by the legally required majority of the Board a motion to approve the attached resolutions.

IN WITNESS WHEREOF, I have hereunto executed this Certificate at Champaign, Illinois, this 5th day of August, 2019.

Traci E. Nally, Secretary

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| THE NEWS-GAZETTE, INC., *et al.*,[1] | Case No. 19-XXXXX (XXX) |
| Debtors. | *(Joint Administration Pending)* |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of debtor, The News-Gazette, Inc.'s equity holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in these Chapter 11 Cases.

| NAME AND LAST KNOWN ADDRESS OF EQUITY SECURITY HOLDER | NATURE OF INTEREST HELD | NUMBER OF INTERESTS HELD |
|---|---|---|
| The Marajen Stevick Foundation<br>1109 Sterling Dr.<br>Champaign, IL 61821 | Stock | 100% |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985). The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NEWS-GAZETTE, INC., *et al.*,[1] | Case No. 19-XXXXX (XXX) |
| Debtors. | *(Joint Administration Pending)* |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rule of Bankruptcy Procedure, the following are corporation(s), other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtors' equity interests:

- The News-Gazette, Inc. is 100% owned by The Marajen Stevick Foundation.
- D.W.S., Inc. is 100% owned by The News-Gazette, Inc.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985). The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.