**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE NEWS-GAZETTE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11901 (KBO)<br><br>(Joint Administration Requested) |

**DEBTORS' MOTION FOR AN ORDER, PURSUANT TO LOCAL RULE 9006-1(e), SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE BIDDING PROCEDURES COMPONENT OF THE DEBTORS' MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING PROCEDURES FOR THE SALE OF ALL, OR SUBSTANTIALLY ALL, OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING FORM AND MANNER OF THE SALE, CURE AND OTHER NOTICES; AND (E) SCHEDULING AN AUCTION AND A HEARING TO CONSIDER THE APPROVAL OF THE SALE; (II) AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND ENCUMBRANCES; AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES; AND (III) CERTAIN RELATED RELIEF</u>**

The News-Gazette, Inc. ("**News-Gazette**") and the above-captioned debtors and debtors in possession (each a "**Debtor**" and, collectively, the "**Debtors**"), contemporaneously herewith, filed the *Motion for (I) an Order (A) Establishing Bidding Procedures for the Sale of All, or Substantially All, of the Debtors' Assets; (B) Approving Bid Protections; (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases; (D) Approving Form and Manner of the Sale, Cure and Other Notices; and (E) Scheduling an Auction and a Hearing to Consider the Approval of the Sale; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens and Encumbrances; (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Certain*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985). The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.

*Related Relief* (the "**Sale and Bidding Procedures Motion**").[2] The Debtors hereby move the Court (the "**Motion to Shorten**"), pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 6004-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order shortening the time for notice of the hearing on the Sale and Bidding Procedures Motion, only as it relates to the hearing to consider the Bidding Procedures, by seven (7) days, so that the same may be considered on or before September 13, 2019. In support of the Motion to Shorten, the Debtors respectfully state as follows:

## **RELEVANT BACKGROUND**

1. As described more fully in the Sale and Bidding Procedures Motion, in the several months leading up to the Petition Date the Debtors initiated a sale process (the "**Sale Process**") to provide a clear path through and out of chapter 11.

2. Specifically, the Debtors have been working with its financial advisor and broker, Dirks, Van Essen, Murray & April, since December 2018 to market the Debtors' businesses as a going concern.

3. As a result of those marketing efforts, on August 27, 2019, the Debtors entered into an agreement (the "**Stalking Horse APA**") for the going-concern sale of substantially all of the Debtors' assets to Champaign Multimedia Group, LLC (the "**Stalking Horse Bidder**") through these Chapter 11 Cases.

4. The Stalking Horse APA requires the Debtors to satisfy several requirements in a timely manner as a condition to the Stalking Horse Bidder's obligation to close on the transaction. Among other things, the Debtors are required to obtain an order approving the Bidding Procedures

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale and Bidding Procedures Motion.

expeditiously, such that the Debtors are able to (a) provide all of the required sale-related notices, (b) conduct an auction, if necessary, (c) obtain court approval of a sale, and (d) close on the sale — all by November 4, 2019 (the "**Closing Milestone**").

5. Thus, contemporaneously herewith, and as required by the Stalking Horse APA, the Debtors have filed the Sale and Bidding Procedures Motion, pursuant to which the Debtors, in part, seek entry of an order (the "**Bidding Procedures Order**"): (a) approving the Bidding Procedures, (b) approving bid protections; (c) scheduling the Auction and Sale Hearing, (d) approving procedures related to the assumption and assignment of certain of the executory contracts and unexpired leases, and (e) approving the form and manner of notice thereof.

### RELIEF REQUESTED

6. By this Motion to Shorten, the Debtors seek entry of an order shortening the notice period with respect to the hearing to consider entry of the Bidding Procedures Order so that the matter can be heard on or before September 13, 2019.

### BASIS FOR RELIEF REQUESTED

7. Bankruptcy Rule 2002(a) requires twenty-one (21) days' notice prior to a hearing on the Bidding Procedures Order. *See* Fed. R. Bankr. P. 2002(a). Pursuant to Local Rule 9006-1(e), such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. *See* Del. Bankr. L.R. 9006-1(e). However, Local Rule 6004-1(c) further provides, in pertinent part, that the "[t]he Court will only schedule a hearing to consider approval of bidding and sale procedures in accordance with the notice procedures set forth in Del. Bankr. L.R. 9006-1, unless the requesting party files a motion to shorten notice which may be heard at the first hearing in the case and present evidence at that hearing of compelling circumstances." *See* Del. Bankr. L.R. 6004-1(c).

8. The Debtors respectfully submit that compelling circumstances and good cause exist in these cases to shorten the notice period for the hearing to consider entry of the proposed Bidding Procedures Order.

9. First, the Debtors believe that a prompt, expeditious, and efficient sale of their assets pursuant to the Sale and Bidding Procedures will maximize the value of their estates. In addition, failure by the Debtors to meet the Closing Milestone could effectively terminate the Sale Process and the Debtors' efforts to preserve the going concern value of the Debtors' businesses.

10. In light of the foregoing, the Debtors submit that consideration of the Bidding Procedures Order on such shortened notice is in the best interests of the Debtors, their estates, creditors, and other parties in interest. Accordingly, the Debtors request that a hearing on the relief requested in the Sale and Bidding Procedures Motion, as it relates to the Bidding Procedures, be scheduled on or before September 13, 2019, with objections due by September 11, 2019 at 12:00 p.m. (*prevailing* Eastern Time).

11. Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) all parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, the Debtors respectfully request the entry of the order attached hereto as **Exhibit A**, approving the shortened notice for the Sale and Bidding Procedures Motion, solely as it relates to the hearing to consider the Bidding Procedures, as set forth herein, and approving the form, manner, and sufficiency of notice with respect thereto.

Dated: August 30, 2019
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
           olivere@chipmanbrown.com

—and—

**NEAL, GERBER & EISENBERG LLP**
Nicholas M. Miller (*Pro Hac* Admission Pending)
Thomas C. Wolford (*Pro Hac* Admission Pending)
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602
Telephone:    (312) 269-8000
Facsimile:    (312) 269-1747
Email:    nmiller@nge.com
           twolford@nge.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE NEWS-GAZETTE, INC., *et al.*,[1] | Case No. 19-11901 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(e), SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE BIDDING PROCEDURES COMPONENT OF THE DEBTORS' MOTION FOR (I) AN ORDER (A) ESTABLISHING BIDDING PROCEDURES FOR THE SALE OF ALL, OR SUBSTANTIALLY ALL, OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS; (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) APPROVING FORM AND MANNER OF THE SALE, CURE AND OTHER NOTICES; AND (E) SCHEDULING AN AUCTION AND A HEARING TO CONSIDER THE APPROVAL OF THE SALE; (II) AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND ENCUMBRANCES; AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES; AND (III) CERTAIN RELATED RELIEF</u>**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of The News-Gazette, Inc. and its above captioned affiliated debtors and debtors in possession (the "**Debtors**"), for entry of an order providing that the applicable notice period for the Sale and Bidding Procedures Motion, as it relates to the hearing to consider the Bidding Procedures, be shortened pursuant to Local Rule 9006-1(e); and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985).  The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Sale and Bidding Procedures Motion or the Motion to Shorten, as applicable.

1. The Motion to Shorten is **GRANTED**, as set forth herein.

2. Approval of the Bidding Procedures Order shall be considered on September 13, 2019 at _____ (*prevailing* Eastern Time) and any objection or response to such relief requested shall be filed by September 11, 2019 at 12:00 p.m. (*prevailing* Eastern Time).

3. Promptly upon entry of this Order, the Debtors shall serve notice of the Sale and Bidding Procedures Motion on the following parties, or their counsel, if known, via first class mail: (i) the Office of the United States Trustee for the District of Delaware; and (ii) all parties requesting notice pursuant to Bankruptcy Rule 2002.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

_____ _____
Date                                                                             The Honorable Karen B. Owens
                                                                                           United States Bankruptcy Judge