## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE NEWS-GAZETTE, INC., *et al.*,[1] | Case No. 19-11901 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF REPORT OF SALE FOR 15 EAST MAIN STREET PROPERTY (CHAMPAIGN ILLINOIS)

**PLEASE TAKE NOTICE THAT:**

1. On August 30, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed petitions for relief under chapter 11 of the Bankruptcy Code.

2. On March 15, 2020, the Debtors filed that certain Motion for an Order (A) Approving Auction Procedures With Respect to the Sale of Certain Real Property; (B) Approving Form of Asset Purchase Agreement; (C) Authorizing the Sale of Such Real Property Through Public Auction; and (D) Granting Related Relief [Docket No. 334] (the "Sale Motion").

3. The Sale Motion included the request for the auction and sale of certain real property commonly known as 15 E. Main Street, Champaign, Illinois 61820 (the "Property").

4. On June 10, 2020, the Court entered an order [Docket No. 350] (the "Sale Order") approving the Sale Motion and authorizing the Debtors to sell, among other things, the Property.

5. Since the entry of the Sale Order, the Debtors' real estate broker engaged in extensive marketing efforts for the Property, and a public auction for the Property was held on August 12, 2020 at 10:00 a.m. CT (the "Auction").

6. At the conclusion of the Auction, Laura Kalman was named the winning bidder. The purchase price for the Property was $1,188,000.00.

7. The sale of the Property closed on September 16, 2020.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985). The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.

{9110849: }

| | |
|---|---|
| Dated: September 17, 2020<br>Wilmington, Delaware | CHIPMAN BROWN CICERO & COLE LLP<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br><br>- and -<br><br>MCDONALD HOPKINS LLC<br>Nicholas M. Miller (Admitted *Pro Hac Vice*)<br>Michael J. Kaczka (Admitted *Pro Hac Vice*)<br>300 North LaSalle Street, Suite 1400<br>Chicago, Illinois 60654<br>Telephone: (312) 280-0111<br>nmiller@mcdonaldhopkins.com<br>mkaczka@mcdonaldhopkins.com<br><br>*Co-Counsel to the Debtors*<br>*and Debtors in Possession* |