**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE NEWS-GAZETTE, INC., *et al.*,[1] | Case No. 19-11901 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF REPORT OF SALE FOR 208 NORTH MARKET STREET PROPERTY (PAXTON ILLINOIS)**

**PLEASE TAKE NOTICE THAT:**

1. On August 30, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed petitions for relief under chapter 11 of the Bankruptcy Code.

2. On March 15, 2020, the Debtors filed that certain Motion for an Order (A) Approving Auction Procedures With Respect to the Sale of Certain Real Property; (B) Approving Form of Asset Purchase Agreement; (C) Authorizing the Sale of Such Real Property Through Public Auction; and (D) Granting Related Relief [Docket No. 334] (the "Sale Motion").

3. The Sale Motion included the request for the auction and sale of certain real property commonly known as 208 North Market Street, Paxton, Illinois 60957 (the "Property").

4. On June 10, 2020, the Court entered an order [Docket No. 350] (the "Sale Order") approving the Sale Motion and authorizing the Debtors to sell, among other things, the Property.

5. Since the entry of the Sale Order, the Debtors' real estate broker engaged in extensive marketing efforts for the Property, and a public auction for the Property was held on August 12, 2020 at 10:00 a.m. CT (the "Auction").

6. At the conclusion of the Auction, Felix Cardoso and Maria Cardoso were named the winning bidder. The purchase price for the Property was $10,800.00.

7. The sale of the Property closed on September 2, 2020.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The News-Gazette, Inc. (0894) and D.W.S., Inc. (7985). The Debtors' headquarters are located at 15 East Main Street, Champaign, Illinois 61820.

{9111107: }

Dated: September 17, 2020  
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE LLP

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
chipman@chipmanbrown.com
olivere@chipmanbrown.com

- and -

MCDONALD HOPKINS LLC
Nicholas M. Miller (Admitted *Pro Hac Vice*)
Michael J. Kaczka (Admitted *Pro Hac Vice*)
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
nmiller@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com

*Co-Counsel to the Debtors
and Debtors in Possession*

{9111107: }