UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: THE NEWS-GAZETTE, INC., et al           Case No. <u>19-11901 (KBO)</u>
         Debtor                                 Reporting Period: <u>8/1/2020 to 8/31/2020</u>

## MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | See attached attestation |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | X | Omitted per request |
|    Cash disbursements journals | | | X | Omitted per request |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | X | See attached attestation |
|    Copies of tax returns filed during reporting period | | | X | See attached attestation |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | | X | Omitted per request |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |
| Consolidating Income Statements by Debtor | | X | | |
| Consolidating Balance Sheets by Debtor | | X | | |
| Tax Obligation Attestation | | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____            _____
Signature of Debtor                        Date

_____            _____
Signature of Joint Debtor                  Date

*/s/ John L. Reed*                         9/21/2020
_____            _____
Signature of Authorized Individual*        Date

John L. Reed                               President
_____            _____
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITES STATES BANKRUPCY COURT
DISTRICT OF DELAWARE

In re: The News-Gazette, Inc., et al.,  
Debtors

Case No. 19-11901 (KBO)  
Reporting Period: 8/1/2020 to 8/31/2020

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | CURRENT MONTH | | CUMULATIVE FILING TO | |
|---|---|---|---|---|---|---|
| | OPER. | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 4,023,953 | 15,000 | 4,038,953 | 3,985,770 | 837,733 | 842,461 |
| **RECEIPTS** | | | | | | |
| CASH SALES | - | - | - | - | 19,497 | |
| ACCOUNTS RECEIVABLE | - | - | - | - | 1,714,433 | 2,172,180 |
| SUBCRIBER PAYMENTS | - | - | - | | 823,287 | 706,892 |
| SALE OF ASSETS | - | - | - | 3,000,000 | 4,208,208 | 7,000,000 |
| OTHER (ATTACH LIST) | 1,050 | - | 1,050 | - | 1,367,028 | 965,442 |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | | 1,885,066 | - |
| | | | | | | |
| **TOTAL RECEIPTS** | 1,050 | - | 1,050 | 3,000,000 | 10,017,519 | 10,844,514 |
| **DISBURSEMENTS** | | | | | | |
| NET PAYROLL | 11,064 | | 11,064 | 25,000 | 1,456,709 | 2,166,000 |
| PAYROLL TAXES | 5,446 | - | 5,446 | 2,500 | 625,379 | 158,375 |
| NEWSPAPER PRINTING & DELIVERY | - | - | - | - | 951,722 | 830,550 |
| NEWS AND CONTENT | - | - | - | - | 86,194 | 99,000 |
| SALES, USE, & OTHER TAXES | 60,220 | - | 60,220 | | 199,673 | 164,000 |
| INVENTORY PURCHASES | - | - | - | - | 7,175 | 10,000 |
| SECURED/ RENTAL/ LEASES | - | - | - | - | 34,900 | 36,300 |
| INSURANCE | - | - | - | - | 70,039 | 54,902 |
| ADMINISTRATIVE & SELLING | 14,395 | - | 14,395 | 350,000 | 781,478 | 1,087,383 |
| OTHER (ATTACH LIST) | 7,815 | - | 7,815 | - | 186,575 | - |
| | | | | | | |
| OWNER DRAW * | - | - | - | | - | |
| TRANSFERS (TO DIP ACCTS) | | | - | - | 1,885,066 | - |
| | | | | | | |
| PROFESSIONAL FEES | 80,864 | - | 80,864 | 15,000 | 660,629 | 440,000 |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | 49,513 | 43,696 |
| COURT COSTS | - | - | - | - | - | 3,500 |
| **TOTAL DISBURSEMENTS** | 179,804 | - | 179,804 | 392,500 | 6,995,053 | 5,093,706 |
| | | | | | | |
| **NET CASH FLOW** | (178,754) | - | (178,754) | 2,607,500 | 3,022,466 | 5,750,808 |
| | | | | | | |
| **CASH - END OF MONTH** | 3,845,199 | 15,000 | 3,860,199 | 6,593,270 | 3,860,199 | 6,593,269 |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 179,804 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 179,804 |

**Notes**
See attachment for breakdown by account.
Total disbursements, excluding transfers, from The News-Gazette, Inc. were $179,804 for the period.
Total disbursements, excluding transfers, from D.W.S., Inc. were $0 for the period.

FORM MOR-1  
(04/07)

**MOR-1 Schedule of Other Receipts & Disbursements**

**Receipts**

**Chase Operating**

|  | Total | - |
|---|---|---|

**Disbursements**

**Chase Operating**

| MSA Professional Services (survedy) |  | 7,815.00 |
|---|---|---|
|  |  | - |
|  | **Total** | **7,815.00** |

**The News-Gazette Inc. and D.W.S., Inc.**
**PO Box 1488**
**Champaign, IL  61824**

## Attestation – Monthly Operating Report

| | |
|---|---|
| Date: | September 21, 2020 |
| Reporting Period | 8/1/2020 to 8/31/2020 |
| Debtors: | The News-Gazette, Inc. et al. |
| Case Number: | 19-11901 (KBO) |

I hereby attest that Debtors have reconciled all bank accounts.


_____
John L. Reed

**UNITES STATES BANKRUPCY COURT**
**DISTRICT OF DELAWARE**

**In re: The News-Gazette, Inc., et al.,**
**Debtors**

**Case No. 19-11901 (KBO)**
**Reporting Period: 8/1/2020 to 8/31/2020**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Chipman, Brown, Cicero & Cole | 8/31/2019 to 9/30/2019 | 64,856.60 | The News-Gazette, Inc. | ACH | 11/8/2019 | 52,135.90 | 1,253.10 | 52,135.90 | 1,253.10 |
| Chipman, Brown, Cicero & Cole | 10/1/2019 to 10/31/2019 | 20,924.30 | The News-Gazette, Inc. | ACH | 12/20/2019 | 16,529.20 | 262.80 | 68,665.10 | 1,515.90 |
| Chipman, Brown, Cicero & Cole | 11/1/2019 to 11/30/2019 | 5,535.50 | The News-Gazette, Inc. | ACH | 2/5/2020 | 4,403.60 | 31.00 | 73,068.70 | 1,546.90 |
| Chipman, Brown, Cicero & Cole | 9/1/2019 to 11/30/2019 | 17,953.90 | The News-Gazette, Inc. | ACH | 2/5/2020 | 17,953.90 | 0.00 | 91,022.60 | 1,546.90 |
| Chipman, Brown, Cicero & Cole | 12/1/2019 to 12/31/2019 | 6,435.30 | The News-Gazette, Inc. | ACH | 2/5/2020 | 5,130.80 | 21.80 | 96,153.40 | 1,568.70 |
| Chipman, Brown, Cicero & Cole | 1/1/2020 to 2/29/2020 | 5,791.00 | The News-Gazette, Inc. | ACH | 4/14/2020 | 5,762.00 | 29.00 | 101,915.40 | 1,597.70 |
| Chipman, Brown, Cicero & Cole | 3/1/2020 to 3/31/2020 | 6,536.00 | The News-Gazette, Inc. | ACH | 5/15/2020 | 6,536.00 | 0.00 | 108,451.40 | 1,597.70 |
| Chipman, Brown, Cicero & Cole | 12/1/2019 to 2/29/2020 | 2,732.20 | The News-Gazette, Inc. | ACH | 5/15/2020 | 2,732.20 | 0.00 | 111,183.60 | 1,597.70 |
| Chipman, Brown, Cicero & Cole | 4/1/2020 to 4/30/2020 | 4,749.00 | The News-Gazette, Inc. | ACH | 6/11/2020 | 4,724.00 | 25.00 | 115,907.60 | 1,622.70 |
| Chipman, Brown, Cicero & Cole | 5/1/2020 to 5/31/2020 | 4,049.00 | The News-Gazette, Inc. | ACH | 7/14/2020 | 3,868.00 | 181.00 | 119,775.60 | 1,803.70 |
| Chipman, Brown, Cicero & Cole | 3/1/2020 to 5/31/2020 | 3,782.00 | The News-Gazette, Inc. | ACH | 7/14/2020 | 3,782.00 | 0.00 | 123,557.60 | 1,803.70 |
| Chipman, Brown, Cicero & Cole | 6/1/2020 to 6/30/2020 | 11,232.00 | The News-Gazette, Inc. | ACH | 8/20/2020 | 11,232.00 | 0.00 | 134,789.60 | 1,803.70 |
| Chipman, Brown, Cicero & Cole | 7/1/2020 to 7/31/2020 | 3,012.00 | The News-Gazette, Inc. | ACH | 9/10/2020 | 3,012.00 | 0.00 | 137,801.60 | 1,803.70 |
| Chipman, Brown, Cicero & Cole | 8/1/2020 to 8/31/2020 | Pending | | | | | | | |
| Chipman, Brown, Cicero & Cole | 6/1/2020 to 8/31/2020 | Pending | | | | | | | |
| McDonald Hopkins | 2/27/2020 to 3/31/2020 | 35,692.80 | The News-Gazette, Inc. | ACH | 5/15/2020 | 35,692.80 | 0.00 | 35,962.80 | 0.00 |
| McDonald Hopkins | 4/1/2020 to 4/30/2020 | 33,954.80 | The News-Gazette, Inc. | ACH | 6/10/2020 | 33,954.80 | 0.00 | 69,917.60 | 0.00 |
| McDonald Hopkins | 5/1/2020 to 5/31/2020 | 21,380.80 | The News-Gazette, Inc. | ACH | 7/14/2020 | 21,380.80 | 0.00 | 91,298.40 | 0.00 |
| McDonald Hopkins | 2/27/2020 to 5/31/2020 | 22,757.10 | The News-Gazette, Inc. | ACH | 7/14/2020 | 22,757.10 | 0.00 | 114,055.50 | 0.00 |
| McDonald Hopkins | 6/1/2020 to 6/30/2020 | 63,636.30 | The News-Gazette, Inc. | ACH | 8/20/2020 | 63,634.80 | 1.50 | 177,690.30 | 1.50 |
| McDonald Hopkins | 7/1/2020 to 7/31/2020 | 29,504.00 | The News-Gazette, Inc. | ACH | 9/14/2020 | 29,504.00 | 0.00 | 207,194.30 | 1.50 |
| McDonald Hopkins | 8/1/2020 to 8/31/2020 | Pending | | | | | | | |
| McDonald Hopkins | 6/1/2020 to 8/31/2020 | Pending | | | | | | | |

FORM MOR-1b
(04/07)

**UNITES STATES BANKRUPCY COURT**
**DISTRICT OF DELAWARE**

**In re: The News-Gazette, Inc., et al.,**
**Debtors**

**Case No. 19-11901 (KBO)**
**Reporting Period: 8/1/2020 to 8/31/2020**

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| CR3 Partners, LLC | 8/31/2019 to 9/30/2019 | 2,960.00 | The News-Gazette, Inc. | ACH | 11/13/2019 | 2,960.00 | 0.00 | 2,960.00 | 0.00 |
| CR3 Partners, LLC | 10/1/2019 to 10/31/2019 | 658.00 | The News-Gazette, Inc. | ACH | 12/20/2019 | 658.00 | 0.00 | 3,618.00 | 0.00 |
| CR3 Partners, LLC | 11/1/2019 to 11/30/2019 | 240.00 | The News-Gazette, Inc. | ACH | 2/5/2020 | 240.00 | 0.00 | 3,858.00 | 0.00 |
| CR3 Partners, LLC | 9/1/2019 to 11/30/2019 | 964.50 | The News-Gazette, Inc. | ACH | 2/5/2020 | 964.50 | 0.00 | 4,822.50 | 0.00 |
| CR3 Partners, LLC | 12/1/2019 to 12/31/2019 | 480.00 | The News-Gazette, Inc. | ACH | 2/5/2020 | 480.00 | 0.00 | 5,302.50 | 0.00 |
| CR3 Partners, LLC | 1/1/2020 to 1/31/2020 | 96.00 | The News-Gazette, Inc. | ACH | 9/15/2020 | 96.00 | 0.00 | 5,398.50 | 0.00 |
| CR3 Partners, LLC | 12/1/2020 to 6/30/2020 | 1,764.00 | The News-Gazette, Inc. | ACH | 9/10/2020 | 1,764.00 | 0.00 | 7,162.50 | 0.00 |
| Neal, Gerber & Eisenberg | 8/31/2019 to 9/30/2019 | 75,583.50 | The News-Gazette, Inc. | WIRE | 11/13/2019 | 60,466.80 | 0.00 | 60,466.80 | 0.00 |
| Neal, Gerber & Eisenberg | 10/1/2019 to 10/31/2019 | 34,320.00 | The News-Gazette, Inc. | WIRE | 12/20/2019 | 27,456.00 | 0.00 | 87,922.80 | 0.00 |
| Neal, Gerber & Eisenberg | 11/1/2019 to 11/30/2019 | 15,189.50 | The News-Gazette, Inc. | WIRE | 12/30/2019 | 12,151.60 | 0.00 | 100,074.40 | 0.00 |
| Neal, Gerber & Eisenberg | 9/1/2019 to 11/30/2019 | 25,018.60 | The News-Gazette, Inc. | WIRE | 12/30/2019 | 25,018.60 | 0.00 | 125,093.00 | 0.00 |
| Neal, Gerber & Eisenberg | 12/1/2019 to 12/31/2019 | 5,818.40 | The News-Gazette, Inc. | ACH | 2/5/2020 | 5,818.40 | 0.00 | 130,911.40 | |
| Neal, Gerber & Eisenberg | 1/1/2020 to 1/31/2020 | 1,867.20 | The News-Gazette, Inc. | | | | | | |
| Neal, Gerber & Eisenberg | 2/1/2020 to 2/29/2019 | 1,846.00 | The News-Gazette, Inc. | | | | | | |
| Neal, Gerber & Eisenberg | 8/31/2019 to 2/29/2020 | Pending | | | | | | | |
| Salazar Law | 8/31/2019 to 9/30/2019 | 13,876.04 | The News-Gazette, Inc. | WIRE | 11/13/2019 | 13,746.50 | 129.54 | 13,746.50 | 129.54 |

FORM MOR-1b
(04/07)

UNITES STATES BANKRUPCY COURT
DISTRICT OF DELAWARE

In re: The News-Gazette, Inc., et al.,            Case No. 19-11901 (KBO)
           Debtors            Reporting Period: 8/1/2020 to 8/31/2020

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Advertising Revenue | - | 1,476,690 |
| Circulation Revenue | | 669,588 |
| Total Revenue | - | 2,146,277 |
| **OPERATING EXPENSES** | | |
| Advertising | | 57,332 |
| Auto and Truck Expense | | 32,468 |
| Bad Debts | | 46,735 |
| Contributions | | - |
| Employee Benefits Programs | 530 | 162,287 |
| Insider Compensation* | 12,554 | 218,442 |
| Insurance | 2,006 | 145,274 |
| Management Fees/Bonuses | - | - |
| News and Content | | 117,937 |
| Newspaper Printing and Delivery | | 640,325 |
| Office Expense | 525 | 305,521 |
| Pension & Profit-Sharing Plans | | 69,443 |
| Repairs and Maintenance | 696 | 58,271 |
| Rent and Lease Expense | | 35,687 |
| Salaries/Commissions/Fees | 1,750 | 1,246,575 |
| Supplies | | 9,030 |
| Taxes - Payroll | 903 | 138,310 |
| Taxes - Real Estate | 10,406 | 126,971 |
| Taxes - Other | | 22 |
| Travel and Entertainment | | 6,549 |
| Utilities | 6,331 | 82,868 |
| Other (attach schedule) | | 50,768 |
| Total Operating Expenses Before Depreciation | 35,701 | 3,550,815 |
| Depreciation/Depletion/Amortization | 1,810 | 42,683 |
| Net Profit (Loss) Before Other Income & Expenses | (37,510) | (1,447,221) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 1,050 | 146,597 |
| Interest Expense | - | 42,669 |
| Other Expense (attach schedule) | 12,011 | (334,423) |
| Net Profit (Loss) Before Reorganization Items | (48,471) | (1,008,870) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 106,135 | 826,328 |
| U. S. Trustee Quarterly Fees | - | 47,671 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | - |
| (Gain) Loss from Sale of Equipment | | 59,229 |
| Other Reorganization Expenses (attach schedule) | | 182,479 |
| Total Reorganization Expenses | 106,135 | 1,115,708 |
| Income Taxes | - | 1,787,000 |
| Net Profit (Loss) | (154,606) | (3,911,578) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

**UNITES STATES BANKRUPCY COURT**
**DISTRICT OF DELAWARE**

In re: The News-Gazette, Inc., et al.,      Case No. 19-11901 (KBO)
        Debtors      Reporting Period: 8/1/2020 - 8/31/2020

**STATEMENT OF OPERATIONS - continuation sheet**

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| Discontinued operations | 0.00 | |
| Misc | | |
| Marketing fees for real estate auction | - | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| Rent Income | 1,050.00 | |
| Discontinued Operations | | |
| Other Gain | | |
| Misc. | - | |
| Misc Asset Sales | | |
| | | |
| | | |
| **Other Expesnes** | | |
| Survey for Champaign Property | 7,815.00 | |
| Document Storage | 4,195.89 | |
| | | |
| | | |
| | | |
| **Other Reorganzation Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceedings, should be reported as a reorganization item.

FORM MOR-2 CONT'D
(04/07)

UNITES STATES BANKRUPCY COURT
DISTRICT OF DELAWARE

In re: The News-Gazette, Inc., et al.,  
        Debtors

Case No. 19-11901 (KBO)  
Reporting Period: 8/1/2020 to 8/31/2020

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 3,845,198.99 | 818,747.07 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 15,000.00 | 20,026.91 |
| Accounts Receivable (Net) | 11,621.68 | 1,016,467.46 |
| Inventories | - | 14,984.82 |
| Prepaid Expenses | 5,556.34 | 338,384.26 |
| Professional Retainers | 73,383.40 | 75,883.40 |
| Other Current Assets (attach schedule) | - | - |
| *TOTAL CURRENT ASSETS* | *3,950,760.41* | *2,284,493.92* |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 5,986,994.22 | 7,077,770.23 |
| Machinery and Equipment | 3,601.00 | 8,882,781.38 |
| Furniture, Fixtures and Office Equipment | 13,737.00 | 7,978,075.04 |
| Vehicles | 18,907.00 | 271,042.13 |
| Less Accumulated Depreciation | (5,530,112.12) | (23,201,456.92) |
| *TOTAL PROPERTY & EQUIPMENT* | *493,127.10* | *1,008,211.86* |
| **OTHER ASSETS** | | |
| Loans to Insiders* | - | - |
| Other Assets (attach schedule) | - | 3,851,688.97 |
| *TOTAL OTHER ASSETS* | - | *3,851,688.97* |
| **TOTAL ASSETS** | **4,443,887.51** | **7,144,394.75** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 4,385.49 | - |
| Taxes Payable (refer to FORM MOR-4) | 87,357.39 | 189,600.50 |
| Wages Payable | 8,699.41 | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | 175,491.58 | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | 23,817.60 |
| *TOTAL POSTPETITION LIABILITIES* | *275,933.87* | *213,418.10* |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | - | - |
| Priority Debt | - | 663,949.32 |
| Unsecured Debt | 9,339,043.91 | 10,656,454.69 |
| *TOTAL PRE-PETITION LIABILITIES* | *9,339,043.91* | *11,320,404.01* |
| | | |
| *TOTAL LIABILITIES* | *9,614,977.78* | *11,533,822.11* |
| **OWNER EQUITY** | | |
| Capital Stock | 383,026.46 | 383,026.46 |
| Additional Paid-In Capital | 7,977,534.69 | 7,977,534.69 |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (9,612,463.89) | (9,612,463.89) |
| Retained Earnings - Postpetition | (3,919,187.53) | - |
| Other Comprehensive Income | - | (3,137,524.62) |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |
| *NET OWNER EQUITY* | *(5,171,090.27)* | *(4,389,427.36)* |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **4,443,887.51** | **7,144,394.75** |

* "Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-3  
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: THE NEWS-GAZETTE, INC., et al  Case No. **19-11901 (KBO)**
 Debtor  Reporting Period: **8/1/2020 to 8/31/2020**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 2,350.00 | 1,627.00 | 2,350.00 | | | 1,627.00 |
| FICA-Employee | 1,173.27 | 903.01 | 1,173.27 | | | 903.01 |
| FICA-Employer | 1,173.27 | 903.01 | 1,173.27 | | | 903.01 |
| Unemployment | 1.04 | 0.00 | 0.00 | | | 1.04 |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | 4,697.58 | 3,443.02 | 4,696.54 | | | 3,434.06 |
| **State and Local** | | | | | | |
| Withholding | 749.57 | 574.72 | 749.57 | | | 574.72 |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | 96.85 | 0.00 | 0.00 | | | 96.85 |
| Real Property | 133,065.50 | 10,406.47 | 60,220.21 | | | 83.251.76 |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | 137,823.12 | 14,414.21 | 65,666.32 | | | 87,357.39 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 4,385.49 | | | | | 4,385.49 |
| Wages Payable | 8,699.41 | | | | | 8,699.41 |
| Taxes Payable | 87,357.39 | | | | | 87,357.39 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 175,491.58 | | | | | 175,491.58 |
| Amounts Due to Insiders* | | | | | | |
| Other: Employee Flex Plan | 0.00 | | | | | 0.00 |
| Other: Due to Purchaser | 0.00 | | | | | 0.00 |
| Other: US Trustee Fees Accrued | 0.00 | | | | | 0.00 |
| **Total Postpetition Debts** | 275,933.87 | | | | | 275,933.87 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**


*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

**The News-Gazette Inc. and D.W.S., Inc.**
PO Box 1488
Champaign, IL  61824

## Attestation – Monthly Operating Report

| | |
|---|---|
| Date: | September 21, 2020 |
| Reporting Period | 8/1/2020 to 8/31/2020 |
| Debtors: | The News-Gazette, Inc. et al. |
| Case Number: | 19-11901 (KBO) |

I hereby attest that Debtors are current with all required tax filings.


*(signature)*
John L. Reed

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: THE NEWS-GAZETTE, INC., et al.  Case No. <u>19-11901 (KBO)</u>
           Debtor  Reporting Period: <u>8/1/2020 to 8/31/2020</u>

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 11,621.68 |
| + Amounts billed during the period | 0.00 |
| - Amounts collected during the period | 0.00 |
| Total Accounts Receivable at the end of the reporting period | 11,621.68 |
| | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0.00 |
| 31 - 60 days old | 0.00 |
| 61 - 90 days old | 0.00 |
| 91+ days old | 11,621.68 |
| Total Accounts Receivable | 11,621.68 |
| Amount considered uncollectible (Bad Debt) | 0.00 |
| Accounts Receivable (Net) | 11,621.68 |

Note: Amounts collected above include the application of allowance for doubtful accounts (bad debt reserve).

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

| | |
|---|---|
| 9:49 AM | **The News-Gazette, Inc.** |
| 09/20/20 | **Profit & Loss** |
| Accrual Basis | **August 2020** |

| | Aug 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 48120 · Rent Income | 1,050.00 |
| **Total Income** | 1,050.00 |
| **Gross Profit** | 1,050.00 |
| **Expense** | |
| 52110 · Direct Labor | 11,804.14 |
| 52160 · PR Taxes | 903.01 |
| 52434 · Bank & CC Fees | 25.00 |
| 53110 · Depreciation | 1,809.67 |
| 56436 · Employee Benefit Admin | 530.00 |
| 56438 · Professional Fees | 150.00 |
| 56439 · Board of Directors | 2,499.99 |
| 56440 · Property/Liability Insurance | 1,699.41 |
| 56442 · Workers Comp. Insurance | 306.17 |
| 56460 · Building Services | 695.84 |
| 56480 · Other Outside Services | 8,165.00 |
| 57110 · Utilities - Electric | 5,814.56 |
| 57130 · Utilities - Gas | 82.93 |
| 57150 · Utilities - Water | 158.34 |
| 57171 · Data Lines | 274.74 |
| 58810 · Property Tax | 10,406.47 |
| 59158 · Miscellaneous Expenses | 4,195.89 |
| 59200 · BK-Professional Fees | 106,135.28 |
| **Total Expense** | 155,656.44 |
| **Net Ordinary Income** | -154,606.44 |
| **Net Income** | **-154,606.44** |

| | |
|---|---|
| 9:49 AM | **The News-Gazette, Inc.** |
| 09/20/20 | **Balance Sheet** |
| Accrual Basis | **As of August 31, 2020** |

|  | Aug 31, 20 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       11031 · Chase Operating | 3,845,198.99 |
|       11032 · Chase Utility Assurance | 15,000.00 |
|     **Total Checking/Savings** | 3,860,198.99 |
|     **Accounts Receivable** | |
|       11240 · AMEX Holdback | 11,621.68 |
|     **Total Accounts Receivable** | 11,621.68 |
|     **Other Current Assets** | |
|       11410 · Prepaid Insurance | 5,556.34 |
|       11413 · Professional Retainers | 73,383.40 |
|     **Total Other Current Assets** | 78,939.74 |
|   **Total Current Assets** | 3,950,760.41 |
|   **Fixed Assets** | |
|     12301 · Land | 329,770.14 |
|     12310 · Buildings and Improvements | 5,657,224.08 |
|     12330 · Machinery and Equipment | 3,601.00 |
|     12370 · Furniture and Fixtures | 13,737.00 |
|     12380 · Autos and Trucks | 18,907.00 |
|     12410 · A/D - Buildings and Imp. | -5,509,703.47 |
|     12430 · A/D - Machinery and Equipment | -2,311.65 |
|     12480 · A/D - Autos and Trucks | -18,097.00 |
|   **Total Fixed Assets** | 493,127.10 |
| **TOTAL ASSETS** | **4,443,887.51** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         21110 · A/P - Prepetition | 218,537.22 |
|         21111 · A/P - Postpetition | 4,385.49 |
|       **Total Accounts Payable** | 222,922.71 |
|       **Other Current Liabilities** | |
|         21113 · Prepetition Outstanding Checks | 24,068.51 |
|         21210 · Accrued Wages | 8,699.41 |
|         21211 · BK-Prepetition Wages | 109,729.65 |
|         21221 · Accrued Payroll Taxes | 4,105.63 |
|         21240 · Property Taxes Payable | 83,251.76 |
|         21253 · DB Plan ST | 254,000.20 |
|         21269 · BK-Accrued Professional Fees | 175,491.58 |
|       **Total Other Current Liabilities** | 659,346.74 |
|     **Total Current Liabilities** | 882,269.45 |
|     **Long Term Liabilities** | |
|       22252 · MEP Withdrawal - CWA | 4,445,654.00 |
|       22253 · DB Plan | 3,162,464.00 |
|       22610 · Deferred Taxes | 13,000.00 |
|     **Total Long Term Liabilities** | 7,621,118.00 |
|   **Total Liabilities** | 8,503,387.45 |

| | |
|---|---|
| 9:49 AM | **The News-Gazette, Inc.** |
| 09/20/20 | **Balance Sheet** |
| Accrual Basis | **As of August 31, 2020** |

|  | Aug 31, 20 |
|---|---:|
| **Equity** | |
| 31110 · Common Stock, Voting | 76,163.00 |
| 31111 · Common Stock, Non-Voting | 63,837.00 |
| 31310 · Additional Paid-in Capital | 7,977,534.69 |
| 32110 · Retained Earnings | -14,694,968.96 |
| 32111 · Return of Dividends | 7,227,940.61 |
| 32117 · Profit & Loss Clearing Account | -3,894,751.65 |
| Net Income | -815,254.63 |
| **Total Equity** | -4,059,499.94 |
| **TOTAL LIABILITIES & EQUITY** | **4,443,887.51** |

| 9:54 AM | **D.W.S., Inc.** |
|---|---|
| 09/20/20 | **Balance Sheet** |
| Accrual Basis | **As of August 31, 2020** |

|  | Aug 31, 20 |
|---|---:|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         21110 · A/P - Prepetition | 7,782.33 |
|       **Total Accounts Payable** | 7,782.33 |
|       **Other Current Liabilities** | |
|         21253 · DB Plan ST | 136,400.00 |
|       **Total Other Current Liabilities** | 136,400.00 |
|     **Total Current Liabilities** | 144,182.33 |
|     **Long Term Liabilities** | |
|       22253 · DB Plan | 766,408.00 |
|       22610 · Deferred Taxes | 201,000.00 |
|     **Total Long Term Liabilities** | 967,408.00 |
|   **Total Liabilities** | 1,111,590.33 |
|   **Equity** | |
|     31110 · Common Stock, Voting | 243,026.46 |
|     32000 · Retained Earnings | 6,918,732.05 |
|     32111 · Return of Dividends | -7,227,930.95 |
|     32117 · Profit & Loss Clearing Account | -1,045,417.89 |
|   **Total Equity** | -1,111,590.33 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

9:53 AM
09/20/20

# The News-Gazette, Inc.
## Statement of Cash Flows
### August 2020

|  | Aug 20 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -154,606.44 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 11410 · Prepaid Insurance | 2,005.58 |
| 21111 · A/P - Postpetition | -59,837.89 |
| 21210 · Accrued Wages | -2,364.35 |
| 21221 · Accrued Payroll Taxes | -1,438.37 |
| 21240 · Property Taxes Payable | 10,406.47 |
| 21269 · BK-Accrued Professional Fees | 25,270.90 |
| **Net cash provided by Operating Activities** | -180,564.10 |
| **INVESTING ACTIVITIES** | |
| 12410 · A/D - Buildings and Imp. | 1,809.67 |
| **Net cash provided by Investing Activities** | 1,809.67 |
| **Net cash increase for period** | -178,754.43 |
| **Cash at beginning of period** | 4,038,953.42 |
| **Cash at end of period** | **3,860,198.99** |